■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CUMMINGS, Appellant. [990 NYS2d 826]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order on motion of this Court dated May 13, 1996, which granted the motion of assigned counsel for leave to withdraw an appeal from a judgment of the Supreme Court, Kings County, rendered January 3, 1995, and to be relieved of the assignment to prosecute that appeal.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Dickerson, Cohen and Duffy, JJ., concur.